# EXHIBIT B



Turner Construction Company
620 Liberty Avenue
Two PNC Plaza, 27th Floor
Pittsburgh, PA 15222
Office: (412) 255-5400
Fax: (412) 255-0249

June 6, 2014

Mr. Fred Episcopo
President
Wyatt, Inc.
4545 Campbells Run Road
Pittsburgh, PA 15205

RE:   **FBI BTC Phase II Project**
      **Progress of Work / Manpower Concerns**

Dear Fred:

Turner Construction would like to take this opportunity to advise Wyatt of our continued concern of Wyatt's ability to prosecute the work in accordance with our agreement. Wyatt has continually failed to prosecute the work as defined in Article XVII of our agreement. We have summarized the status of work below and are directing Wyatt to provide a plan of recovery at no cost to Turner Construction to eliminate the backlog of your work and put it back on schedule within 72 hours:

The plan should include at minimum increase manpower in such quantities as will eliminate the backlog of work and put your work back on schedule. Any required material and equipment should also be expedited to eliminate backlog of work and put your work back on schedule. If Wyatt fails to provide and implement plan as requested Turner will take appropriate action involving contractual commitments.

The following work activities by Wyatt need immediate attention as they are negatively impacting the ability of other contractors to complete their work.

- Duct Liner at mechanical rooms on floors 2, 3, 4 should be complete by 6/9/14 - current progress is negatively impacting the building control systems

- Plenum walls at mechanical rooms on floors 2, 3, 4 should be complete by Wyatt 6/13/14 - current progress is negatively impacting the building control systems

- Secondary lobby framing should be complete by 6/17/14 - current progress is negatively impacting MEPFP rough in, subsequent drywall / finishing by Wyatt and finishing and the release of long lead time glass entrance doors. This is also potentially jeopardizing start of terrazzo flooring.

- Kitchen remediation work (PCO 442), kitchen ceiling grid should be complete by 6/13/14 with dining ceiling framing in progress - current progress is negatively impacting start of tile, delivery of kitchen equipment, MEPFP rough in and subsequent drywall / finishing.

- Sealing of perimeter access floor on floors 1,2,3,4 remains incomplete and mockup to address the defective work has not been completed - current progress of the work is

*Building the Future*

negatively impacting PNA completion of their perimeter exterior trim.  They have demobilized from site due to lack of work.

- Completion of drywall and finishing in stairs should be complete by 6/17/14 - current progress is negatively impacting painting, MEP trim and start of flooring

- Access floor in DOD - area is available for work and should complete 6/17/14

- Wyatt will confirm their work east of Main Street will continue at their current progress to complete all drywall, bulkheads, and ceiling grid by the end of June in accordance with the most recent plan of completion

- Locker rooms in the basement are available for drywall hanging and finishing – work should be complete 6/20/14

The list provided above does not intend to be an all-inclusive list of the work available for Wyatt to complete but a general list of the major items for which Wyatt work is not being progressed in accordance with our agreement and which is negatively impacting other contractors and the overall project completion.

Wyatt will be held responsible for all costs impacts to Turner Construction and other subcontractors associated with your failure to prosecute your work in accordance with our agreement. We anticipate and appreciate your immediate attention to our concerns.

Turner reserves all rights and remedies pursuant to the subcontract and under law and nothing herein should be construed so as to waive or prejudice Turner rights in any respect.

Feel free to contact me with any questions or comments.


Very truly yours,
TURNER CONSTRUCTION COMPANY


Kurt Johnson
Senior Superintendent


cc:   B. Hennessey, L. Theiser, K. Johnson, M. Tuckwiller, F. Dickson, A.Hinds, J. Milicia, File